## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR364 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSE LUIS AGUIRRE-HERAS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for a reduction in sentence (Filing No. 53) filed through counsel together with a supporting brief.

IT IS ORDERED that the government must file any response to the motion on or before April 2, 2012.

DATED this 21st day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge